IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAWRENCE STEPHENS, JR.,<br>          Plaintiff,<br>v.<br><br>CANN, Galveston County Sheriff Deputy,<br>          Defendant. | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-06-508 |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on April 21, 2006.


                                        _____
                                                MELINDA HARMON
                                        UNITED STATES DISTRICT JUDGE